No. 74–6548.  RATTEREE, AKA LESTEE v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied. ▮

No. 74–6550.  BERMAN v. UNITED STATES; and

No. 74–6662.  QUATTROCHI v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 511 F. 2d 1401.

No. 74–6552.  GREEN v. SOUTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 74–6554.  JACKSON v. UNITED STATES.  Ct. App. D. C.  Certiorari denied. ▮

No. 74–6555.  HAFNER v. CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied. ▮

No. 74–6556.  BREWTON v. OREGON.  Ct. App. Ore. Certiorari denied. ▮

No. 74–6558.  JONES v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied. ▮

No. 74–6559.  SUMMERS ET AL. v. UNITED STATES ET AL.  C. A. 8th Cir.  Certiorari denied. ▮

No. 74–6562.  ROBERTS v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied. ▮

No. 74–6564.  BURKE v. McCARTHY, MEN'S COLONY SUPERINTENDENT.  C. A. 9th Cir.  Certiorari denied.

No. 74–6566.  JORDAN v. JOHNSON, CORRECTIONS DIRECTOR, ET AL.  C. A. 6th Cir.  Certiorari denied. ▮